IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS et al., | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 7:15-cv-00151-O |
| UNITED STATES OF AMERICA et al., | | |
| Defendants. | | |

### FINAL JUDGMENT

On April 7, 2022, the Parties filed a Joint Status Report. ECF No. 179. "The Fifth Circuit has rendered judgment for the United States in this matter, and all appellate avenues have now been exhausted." *Id.* at 2. Thus, the Court **DISMISSES** Plaintiffs' claims **with prejudice**. This is a **Final Judgement**.

**SO ORDERED** on this **27th day** of **June, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1